Approved.
/s/ *Benita Y. Pearson* on 5/13/2020
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| KATHRYN A. BELFANCE, et al., | ) | CASE NO. 5:18-CV-1739 |
| | ) | |
| Plaintiffs, | ) | JUDGE BENITA PEARSON |
| | ) | |
| vs. | ) | **NOTICE OF CIVIL RULE** |
| | ) | **41(a)(1)(A)(ii) STIPULATION** |
| STEVEN BARRY, et al., | ) | **OF DISMISSAL WITHOUT** |
| | ) | **PREJUDICE OF DEFENDANT** |
| Defendants. | ) | **SUMMIT PSYCHOLOGICAL** |
| | ) | **ASSOCIATES, INC.** |

The undersigned parties, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal, without prejudice, of Defendant Summit Psychological Associates, Inc. This Stipulation of Dismissal does not impact any other claims that remain pending against any other Defendants.

**STIPULATED BY:**

*/s/ Nicholas A. DiCello*
NICHOLAS A. DICELLO (0075745)
JEREMY A. TOR (0091151)
SPANGENBERG SHIBLEY & LIBER LLP
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH  44114
P: (216) 696-3232 | F: (216) 696-3924
E: ndicello@spanglaw.com
E: jtor@spanglaw.com

JAMES J. HARRINGTON, IV (P65351)
Fieger, Fieger, Kenney & Harrington
19390 West Ten Mile Road
Southfield, MI  48075
P: (248) 355-5555 | F: (248) 355-5148
E: j.harrington@fiegerlaw.com
*Attorneys for Plaintiff*

*/s/ Megan M. Millich*
Megan M. Millich (0083826)
Stephanie Y. Olivera Mittica (0095651)
Roetzel & Andress
222 S. Main St.
Akron, OH  44308
E: mmillich@ralaw.com
E: smittica@ralaw.com
*Attorneys for Defendant Summit*
*Psychological Associates, Inc.*

*/s/ James A. Climer*
James A. Climer (0001532)
John D. Pinzone (0075279)
Mazanec, Raskin & Ryder Co., L.P.A.
100 Franklin's Row, 34305 Solon Road
Cleveland, OH  44139
P: 440-248-7906
E: jclimer@mrrlaw.com
E: jpinzone@mrrlaw.com
*Attorneys for Deputy Sheriff Rex Crain*

| | |
|---|---|
| */s/ James M. Popson* | */s/ Christopher J. Raiti* |
| James M. Popson (0072773) | Christopher J. Raiti (Mich. Bar No. P69600) |
| Robert E. Cahill | Thomas J. McGraw (Mich. Bar No. P48817) |
| Sutter O'Connell – Cleveland | McGraw Morris |
| 3600 Erieview Tower | 2075 W. Big Beaver Rd., Ste. #750 |
| 1301 E. Ninth Street | Troy, MI 48084 |
| Cleveland, OH 44114 | P: 248-502-4000 |
| P: 216-928-4536 | E: craiti@mcgrawmorris.com |
| E: jpopson@sutter-law.com | E: tmcgraw@mcgrawmorris.com |
| E: rcahill@sutter-law.com | *Attorneys for Defendants Deputy Marvin Hoover, Deputy Aaron Godown, Deputy Geoffrey Kugler, Deputy Jacob Hall and Deputy Jeffrey Zalick* |
| *Attorneys for Defendants Summit County Sheriff Steven Barry, Sergeant Christopher Amore, Sergeant Adam Burke, Deputy Stephanie Breeden, Deputy Sheriff Chris Gary, Deputy Hadley Hickman and Deputy Teresa Stark* | |

*/s/ George M. Moscarino*
George M. Moscario (0019447)
Moscarino & Treu, LLP
1422 Euclid Avenue, Suite 630
Cleveland, OH 44115
P: 216-621-1000
E: gmoscarino@mosctreu.com
***Attorney for Defendant, Jeffrey Khan, M.D.***